HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A Professional Law Corp.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DAVIDSON,<br><br>     Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 2:23-cv-01870-DMC<br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until December 11, 2023, in which to e-file his Motion for Summary Judgment which is due on November 27, 2023. Defendant shall file any opposition, including cross-motion, on or before January 10, 2024. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   November 14, 2023         */s/HARVEY P. SACKETT*
                                                            HARVEY P. SACKETT
                                                            Attorney for Plaintiff

1

STIPULATION AND ORDER

JACK DAVIDSON

Dated:  November 14, 2023

*/s/JUSTIN L. MARTIN*
JUSTIN L. MARTIN
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 11/14/23]

IT IS ORDERED.

DATED:  NOVEMBER 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

STIPULATION AND ORDER

2