PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (877) 833-2445
      E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DWAYNE DAVIDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-01870-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from January 10, 2024, up to and including March 12, 2024.   This is Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the nearly 1,000-page administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: December 15, 2023 | /s/ *Harvey P. Sackett*\* |
| | (*as authorized via e-mail on December 15, 2023) |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| Dated: December 15, 2023 | PHILLIP A. TALBERT |
| | United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Social Security Administration |
| By: | /s/ *Erin A. Jurrens* |
| | ERIN A. JURRENS |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 12, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: December 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE